# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-1333
LT Case Nos. 2024-CF-007136-A
2024-CF-007617-A
2024-CF-007826-A
_____

ANDREW W. BANDZUL,

   Petitioner,

   v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Andrew W. Bandzul, Punta Gorda, pro se.

James Uthmeier, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Respondent.

June 20, 2025

PER CURIAM.

   The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the October 1, 2024 judgments and sentences rendered in Case Nos. 2024-CF-007826-A, 2024-CF-007136-A and 2024-CF-007617-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EISNAUGLE, HARRIS, and BOATWRIGHT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————